# Court of Appeals
# of the State of Georgia

ATLANTA,   October 22, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0949. IN THE INTEREST OF Q. O. J., T. R. J., AND M. A. J.**

Upon review of the entire record in this case, it appearing that the termination of the mother's parental rights was supported by clear and convincing evidence, this appeal is hereby DISMISSED as having been improvidently granted.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*      10/22/2015
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*